UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ARICKA L. ROYALTY,                                                                                                       Plaintiff,

v.                                                                    Civil Action No. 3:17-cv-196-DJH

EQUIFAX INFORMATION SERVICES, LLC
and TRANS UNION, LLC,                                                      Defendants.

\* \* \* \* \*

### ORDER

Plaintiff Aricka L. Royalty having filed a notice of voluntary dismissal with prejudice (Docket No. 8), no answer or motion for summary judgment having been filed by Defendant Equifax Information Services, LLC and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC stand **DISMISSED** with prejudice and are **STRICKEN** from the Court's active docket.  This order does not, and is not intended to, affect Plaintiff's claims against the remaining defendant.

July 13, 2017

**David J. Hale, Judge**
**United States District Court**