UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ARICKA L. ROYALTY,                                                                                          Plaintiff,

v.                                                                                      Civil Action No. 3:17-cv-196-DJH

TRANS UNION, LLC,                                                                                        Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Aricka L. Royalty filed a notice of voluntary dismissal with prejudice as to claims asserted against Defendant Trans Union, LLC.  (Docket No. 12)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's claims against Defendant Trans Union, LLC stand **DISMISSED** with prejudice and are **STRICKEN** from the Court's active docket.

August 21, 2017

David J. Hale, Judge
United States District Court